UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Eric Leon Christian,<br><br>      Plaintiff<br><br>v.<br><br>James Mahan,<br><br>      Defendant | 2:15-cv-00279-JAD-CWH<br><br>**Order Adopting Report and Recommendation and Dismissing Case [ECF 2]** |

Pro se plaintiff Eric Leon Christian sues Judge James Mahan for decisions the judge made during Christian's criminal case. On August 24, 2015, Magistrate Judge Carl Hoffman granted Christian's application to proceed *in forma pauperis* and screened his complaint. ECF 2 at 3. Judge Hoffman recommends that I dismiss Christian's claims because judges enjoy absolute immunity from liability for acts performed in their official capacities. *Id.* Objections were due by September 10, 2015.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Christian has filed no objections. Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[ECF 2]** is **ACCEPTED** and his findings and conclusions are **ADOPTED**;

It is further ORDERED, ADJUDGED, and DECREED that this case is **DISMISSED** with prejudice. The Clerk of Court is instructed to enter judgment accordingly and CLOSE THIS CASE.

Dated this 11th day of September, 2015

_____
Jennifer A. Dorsey
United States District Judge