UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Eric Leon Christian,<br><br>           Plaintiff<br><br>v.<br><br>James Mahan,<br><br>           Defendant | 2:15-cv-00279-JAD-CWH<br><br>**Order Revoking**<br>***In Forma Pauperis* Status**<br><br>**[ECF 10]** |

Pro se plaintiff Eric Leon Christian sued U.S. District Judge James Mahan for decisions the judge made during Christian's criminal case. On August 24, 2015, Magistrate Judge Hoffman granted Christian's application to proceed *in forma pauperis* and screened his complaint.[1] Judge Hoffman recommended that I dismiss Christian's claims because judges enjoy absolute immunity from liability for acts performed in their official capacities. I adopted Judge Hoffman's recommendation on September 11, 2015, dismissed and closed this case,[2] and overruled Christian's belated objections to the order.[3] Christian appealed.

The Ninth Circuit Court of Appeals has referred this matter back to me "for the limited purpose of determining whether in forma pauperis status should continue for []his appeal or whether the appeal is frivolous or taken in bad faith."[4] An indigent appellant is entitled to in forma pauperis status for his appeal if any portion of the appeal is non-frivolous and taken in good faith.[5]

I find this appeal to be wholly frivolous. The premise of plaintiff's claims is that errors by the district judge who presided over plaintiff's criminal prosecution entitle him to $10 million in

---

[1] ECF 2 at 3.

[2] ECF 4.

[3] ECF 6; ECF 7.

[4] ECF 10.

[5] *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

damages under the Federal Tort Claims Act.[6] But it is well established that judges are absolutely immune from damage liability for judicial acts.[7] Because this legal tenet was the basis for the dismissal of Christian's claims, any appeal from that dismissal is frivolous. Accordingly, **IT IS HEREBY ORDERED that Christian's in forma pauperis status will not continue on appeal, and it is hereby revoked.**

The Clerk of Court is directed to notify the Clerk of Court for the Ninth Circuit Court of Appeals of this revocation, referencing case No. 15-17158.

Dated this 16th day of November, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[6] *See* ECF 1-1; ECF 2 at 2.

[7] *Id*.; ECF 7 at 2 n. 4 (collecting authority).